Elmer E. Beardsley, Respondent, v. Interborough Rapid Transit Compay, Appellant.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

James E. Andrews, Respondent, v. George Cohen, Appellant.— Judgment stayed until the hearing and disposition of the appeals herein, which are ordered on the foot of the present calendar, on condition that the appellant stipulate to serve his briefs and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

John J. Casey, Appellant, v. Frank S. Gannon and Another, as Executors, etc., and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of Charles Foley, Attorney, etc., for an Order Fixing Compensation in the Matter of the Estate of Margaret Kane, Deceased.— Motion for stay denied, without costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

In the Matter of the Application of the Public Service Commission, etc., for the Appointment of Commissioners, etc. Gravesend Avenue Route (Route No. 49).— Report confirmed, and order signed. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Lancaster Sea Beach Improvement Company, Appellant, v. The City ot New York, Respondent.— Motion granted in part. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ. Order to be settled before Mr. Justice Stapleton.

Mount Vernon Trust Company and Others, Respondents, v. James T. Penfield and Others, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Mount Vernon Trust Company and Another, Respondents, v. James T. Penfield, Individually, etc., and Others, Defendants. Susan A. Penfield, Respondent; William W. Penfield, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

John Kennedy, Appellant, v. August Heckscher, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Susan Klein, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Esther Lehrman, Respondent, v. Harry Lehrman, Appellant.— In view of the uncontradicted proofs that the alleged marriage between the parties to this action was admittedly void, it was error to award alimony and counsel fee. (See *Collins* v. *Collins*, 71 N. Y. 269; 80 id. 1.) Order reversed and motion denied. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Lotus Theatre Company, Respondent, v. Gus Hill and Leo C. Teller, Appellants.— Order of March 21, 1914, affirmed, with ten dollars costs and disbursements. Order of March 30, 1914, affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.